THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT D. EVANS, Appellant.— Appeal dismissed unless records and appellant's briefs are filed and served on or before November 23, 1964. Cross motion to enlarge time for argument of appeal denied. (See *People* v. *Gorney*, 18 A D 2d 964.)

In the Matter of the Application of FRANCES J. BINK, as Town Clerk of Franklinville, for an order to destroy certain court records under section 89 of the Judiciary Law.— Order for destruction of records entered.